FORM 9. Certificate of Interest

Form 9

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Apex Frozen Foods Private Ltd. v. United States

Case No. 15-2085

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Apex Frozen Foods Private Ltd. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

   Apex Frozen Foods Private Ltd., et al. (See Attachment)

2. The name of the real party in interest (Please only include any real party in interest NOT identified in Question 3. below) represented by me is:

   Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent of the stock of the party or amicus curiae represented by me are listed below. (Please list each party or amicus curiae represented with the parent or publicly held company that owns 10 percent or more so they are distinguished separately.)

   None except for Avanti Feeds Limited, which is 25.12% owned by Thai Union Frozen Products Public Company Limited.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

   Trial Court: Hughes Hubbard & Reed LLP (Robert L. LaFrankie, Matthew R. Nicely, Alexandra B. Hess)
   This Court: Hughes Hubbard & Reed LLP (Robert L. LaFrankie, Matthew R. Nicely, Alexandra B. Hess)
   Agency: Kutak Rock LLP (Lizbeth R. Levinson, Ronald M. Wisla)

| October 13, 2015 | /s/ Robert L. LaFrankie |
|---|---|
| Date | Signature of counsel |

Please Note: All questions must be answered

Robert L. LaFrankie
Printed name of counsel

cc:

Reset Fields

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Apex Frozen Foods Private Ltd. v. United States
Case No. 15-2085

**ATTACHMENT**

Apex Frozen Foods Private Limited

Asvini Fisheries Private Limited

Avanti Feeds Limited

Blue Park Seafoods Private Limited

Devi Marine Food Exports Private Ltd., Kader Exports Private Limited, Kader Investment and Company Private Limited, Liberty Frozen Foods Pvt. Ltd., Liberty Oil Mills Ltd., Premier Marine Trading Products, Universal Cold Storage Private Limited (collectively known as "Liberty Group")

Five Star Marine Exports Private Limited

GVR Exports Private Limited

Jagadish Marine Exports

Jayalakshmi Sea Foods Private Limited

Nekkanti Seafoods Limited

Sagar Grandhi Exports Private Limited

SAI Marine Exports Private Limited

SAI Sea Foods

Sandhya Marines Limited

Sprint Exports Private Limited

Star Agro Marine Exports Private Limited

Surya Mitra Exim Private Limited

Wellcome Fisheries Limited

66820269_1

FORM 30. Certificate of Service

Form 30

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   October 13, 2015 by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Robert L. LaFrankie | /s/ Robert L. LaFrankie |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hughes Hubbard & Reed LLP |
| Address | 1775 I Street, NW, Suite 600 |
| City, State, Zip | Washington, DC 20006 |
| Telephone Number | 202-721-4691 |
| Fax Number | 202-721-4646 |
| E-Mail Address | robert.lafrankie@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields