NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APEX FROZEN FOODS PRIVATE LIMITED, ASVINI FISHERIES PRIVATE LIMITED, AVANTI FEEDS LIMITED, BLUE PARK SEAFOODS PRIVATE LIMITED, DEVI MARINE FOOD EXPORTS PRIVATE LTD., KADER EXPORTS PRIVATE LIMITED, KADER INVESTMENT AND COMPANY PRIVATE LIMITED, LIBERTY FROZEN FOODS PVT. LTD., LIBERTY OIL MILLS LTD., PREMIER MARINE TRADING PRODUCTS, UNIVERSAL COLD STORAGE PRIVATE LIMITED, FIVE STAR MARINE EXPORTS PRIVATE LIMITED, GVR EXPORTS PRIVATE LIMITED, JAGADISH MARINE EXPORTS, JAYALAKSHMI SEA FOODS PRIVATE LIMITED, NEKKANTI SEAFOODS LIMITED, SAGAR GRANDHI EXPORTS PRIVATE LIMITED, SAI MARINE EXPORTS PRIVATE LIMITED, SAI SEA FOODS, SANDHYA MARINES LIMITED, SPRINT EXPORTS PRIVATE LIMITED, STAR AGRO MARINE EXPORTS PRIVATE LIMITED, SURYA MITRA EXIM PRIVATE LIMITED, WELLCOME FISHERIES LIMITED,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, AD HOC SHRIMP TRADE ACTION COMMITTEE, AMERICAN SHRIMP PROCESSORS ASSOCIATION,**
*Defendants-Appellees*

---

2015-2085

---

Appeal from the United States Court of International Trade in No. 1:13-cv-00283-RWG, Senior Judge Richard W. Goldberg.

---

**ON MOTION**

---

**O R D E R**

The United States moves unopposed for a 30-day extension of time, until April 27, 2016, to file Appellees' response briefs and to extend the deadline for filing Appellants' reply brief until May 30, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Appellees' response briefs are due no later than April 27, 2016 and Appellants' reply brief is due no later than May 31, 2016.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25