NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**APEX FROZEN FOODS PRIVATE LIMITED,
ASVINI FISHERIES PRIVATE LIMITED, AVANTI
FEEDS LIMITED, BLUE PARK SEAFOODS
PRIVATE LIMITED, DEVI MARINE FOOD
EXPORTS PRIVATE LTD., KADER EXPORTS
PRIVATE LIMITED, KADER INVESTMENT AND
COMPANY PRIVATE LIMITED, LIBERTY FROZEN
FOODS PVT. LTD., LIBERTY OIL MILLS LTD.,
PREMIER MARINE TRADING PRODUCTS,
UNIVERSAL COLD STORAGE PRIVATE LIMITED,
FIVE STAR MARINE EXPORTS PRIVATE
LIMITED, GVR EXPORTS PRIVATE LIMITED,
JAGADISH MARINE EXPORTS, JAYALAKSHMI
SEA FOODS PRIVATE LIMITED, NEKKANTI
SEAFOODS LIMITED, SAGAR GRANDHI EXPORTS
PRIVATE LIMITED, SAI MARINE EXPORTS
PRIVATE LIMITED, SAI SEA FOODS, SANDHYA
MARINES LIMITED, SPRINT EXPORTS PRIVATE
LIMITED, STAR AGRO MARINE EXPORTS
PRIVATE LIMITED, SURYA MITRA EXIM
PRIVATE LIMITED, WELLCOME FISHERIES
LIMITED,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, AD HOC SHRIMP TRADE
ACTION COMMITTEE, AMERICAN SHRIMP
PROCESSORS ASSOCIATION,**
*Defendants-Appellees*

2                        APEX FROZEN FOODS PRIVATE LTD. v. US

—————————————

2015-2085

—————————————

Appeal from the United States Court of International
Trade in No. 1:13-cv-00283-RWG, Senior Judge Richard
W. Goldberg.

—————————————

**ON MOTION**

—————————————

**O R D E R**

The United States moves unopposed for a 14-day ex-
tension of time, until June 1, 2016, to file Appellees'
response briefs and to extend the deadline for filing
Appellants' reply brief until July 8, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  Appellees' response briefs are
due no later than June 1, 2016, and Appellants' reply
brief is due no later than July 8, 2016.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s25